UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Charlene Green

Case No.: 18-29440
Chapter: 7
Judge: SLM

## NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Stacey L Meisel__ on __November 27, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 4535 Stuyvesant Ave
Irvington, NJ 07111
Value : $135,000.00

Liens on property: Ditech
$233,790.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Charlene Green  
    Debtor

Case No. 18-29440-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Oct 31, 2018  
　　　　　　　　　　　Form ID: pdf905　　Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
```
db               +Charlene Green,    535 Stuyvesant Ave,    Irvington, NJ 07111-2403
517785878        +Waypoint Resource Group,    Attn: Bankruptcy,    Po Box 1081,    San Antonio, TX 78294-1081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2018 23:56:27      U.S. Attorney,   970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2018 23:56:25      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
517785875       +E-mail/PDF: pa_dc_ed@navient.com Oct 31 2018 23:59:52      Dept of Ed / Navient,
                   Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517785874       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 31 2018 23:56:04      Ditech,    Attn: Bankruptcy,
                   Po Box 6172,    Rapid City, SD 57709-6172
517785876       +E-mail/Text: electronicbkydocs@nelnet.net Oct 31 2018 23:56:31      Nelnet,    Attn: Claims,
                   Po Box 82505,    Lincoln, NE 68501-2505
517785877       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2018 23:55:33
                   Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 6
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
```
              Harvey I. Marcus    on behalf of Debtor Charlene  Green him@lawmarcus.com
              Nancy Isaacson     nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```